# GUY KORNBLUM & ASSOCIATES
ATTORNEYS

GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
MARIA T. MANNING (239830)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiff
STEVEN J. VERMILLION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. VERMILLION,<br><br>      Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation; UNUMPROVIDENT CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO.: C 06-03096 SC<br><br>STIPULATION FOR THE FILING OF A FIRST AMENDED COMPLAINT<br><br>ORDER |

1   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Steven J. Vermillion may file a First Amended Complaint, a copy of which is attached hereto as **EXHIBIT A**.

IT IS FURTHER STIPULATED that Defendants Unum Life Insurance Company of America and Unumprovident Corporation waive notice and service of the First Amended Complaint.

Dated: June 30, 2006

                GUY KORNBLUM & ASSOCIATES

By         S/
    WALTER G. CRUMP
    Attorneys for Plaintiff
    STEVEN J. VERMILLION

Dated: June 30, 2006

                KELLY, HERLIHY & KLIEN

By        S/
    Michael G. Glanzberg
    Attorneys for Defendants
    UNUM LIFE INSURANCE COMPANY OF
    AMERICA and UNUMPROVIDENT
    CORPORATION

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

IT IS SO ORDERED

/s/ Samuel Conti
Judge Samuel Conti

7/6/06