**GUY KORNBLUM &
ASSOCIATES**
ATTORNEYS

GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
MARIA T. MANNING (239830)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiff
STEVEN J. VERMILLION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN J. VERMILLION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNUM LIFE INSURANCE COMPANY ) <br> OF AMERICA, a corporation; ) <br> UNUMPROVIDENT CORPORATION, a ) <br> corporation; and DOES 1 through 50, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | C-06-3096-SC <br> CASE NO.: C ~~05-03096~~-SC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [~~PROPOSED~~] ORDER THEREFOR** <br><br> Honorable: Samuel Conti |

Page 1

Plaintiff Steven J. Vermillion, and Defendants UnumProvident Corporation and Unum Life Insurance Company of America ("Defendants") have settled this matter. Accordingly, Plaintiff through his counsel of record, Guy O. Kornblum, Esq. of Guy Kornblum & Associates, and Defendants, through their counsel of record, Michael G. Glanzberg, Esq. of Kelly, Herlihy & Klein, LLP, hereby stipulate to the following:

1. This matter shall be dismissed with prejudice in its entirety as to all parties and all claims for relief.

2. Each party is to bear his/its own fees and costs.

IT IS SO STIPULATED.

DATED: October 24, 2006

GUY KORNBLUM & ASSOCIATES

By _____

GUY O. KORNBLUM, ESQ.
Attorneys for Plaintiff
Steven J. Vermillion

KELLY, HERLIHY & KLEIN, LLP

By _____

MICHAEL G. GLANZBERG, ESQ.
Attorneys for Defendants

[ORDER FOLLOWS]



IT IS SO ORDERED
Judge Samuel Conti

11/14/06

S:\CASES AND CASE MANAGEMENT\ACTIVE CASES\Vermillion v. UNUM\Pleadings\Federal Court\Stipulation for Dismissal with Prejudice.wpd

Complaint — Page 2 — Page 2

## ORDER

Based on the stipulation of the parties set forth above, this matter is dismissed, with prejudice in its entirety, as to all parties and all claims of relief, each party to bear his/its own fees and costs.

**IT IS SO ORDERED.**

DATED: October ___, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court, Northern District of California

S:\CASES AND CASE MANAGEMENT\ACTIVE CASES\Vermillion v. UNUM\Pleadings\Federal Court\Stipulation for Dismissal with Prejudice.wpd

Complaint　　　　　　　　　　　　　　　　　Page 3　　　　　　　　　　　　　　　　　Page 3